Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-5 D/B/A CHIPSJOCKEY.COM,<br><br>Defendants. | **CASE NO. CV-09:5297 SBA**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO CONDUCT THIRD PARTY DISCOVERY** |

1    The Court, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Motion for
2  Leave to Conduct Third Party Discovery ("Motion"), the supporting declaration of Sean Hanley, and
3  the pleadings on file in this matter, hereby GRANTS Zynga's Motion.
4    Zynga is hereby authorized to issue a subpoena to Google Inc. for the production of all
5  billing and account records (including all Internet domain names), server logs, contact information,
6  transaction histories and correspondence with the persons or entities that have purchased services
7  from Google Inc. in connection with the Internet domain name CHIPSJOCKEY.COM.
8    Zynga is hereby authorized to issue a subpoena to Plimus Corporation, Inc. for the
9  production of all billing and account records, server logs, contact information, transaction histories
10 and correspondence with the persons or entities that have purchased services from Plimus
11 Corporation, Inc. in connection with the Internet domain name CHIPSJOCKEY.COM.
12   Zynga is hereby authorized to issue a subpoena to Provide Support, LLC for the production
13 of all billing and account records, server logs, contact information, transaction histories and
14 correspondence with the persons or entities that have established accounts with Provide Support,
15 LLC in connection with the Internet domain name CHIPSJOCKEY.COM.
16   Zynga is further authorized to issue follow-up subpoenas to Google Inc., Plimus Corporation,
17 Inc. and Provide Support, LLC for the above-identified documents relating to the Defendants, based
18 on additional information that is identified to Zynga in production from third party discovery.
19   Zynga is further authorized to issue follow-up subpoenas to identify Defendants, if necessary,
20 to online service providers, payment processors, and other third parties, based on information
21 provided by the subpoenaed parties.  These subpoenas shall be for the same categories of documents
22 as identified above.
23 //
24 //
25 //
26 //
27
28

- 1 -

CASE NO. CV-09:5297 SBA
[PROPOSED] ORDER GRANTING
LEAVE TO CONDUCT THIRD
PARTY DISCOVERY

1  Because Zynga has not yet identified or located Defendants, Zynga may serve the subpoenas
2  pursuant to this Order without complying with the requirement of Federal Rule of Civil Procedure
3  45(b)(1) that it provide notice to Defendant prior to serving the subpoenas.

5  IT IS SO ORDERED.

7  ENTERED THIS ____ DAY OF _____, 2009

_____
The Honorable Saundra Brown Armstrong,
United States District Court Judge



**DENIED**.  Failure to produce evidence that CHIPSJOCKEY.COM or any Doe has violated the law or otherwise harmed plaintiff.  Complaint is unverified.

Dated:  January 4, 2010

- 2 -

CASE NO. CV-09:5297 SBA
[PROPOSED] ORDER GRANTING
LEAVE TO CONDUCT THIRD
PARTY DISCOVERY