UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZYNGA GAME NETWORK INC., | ) ) | |
| Plaintiff(s), | ) ) | No. C09-5297 SBA (BZ) |
| v. | ) ) | |
| JOHN DOES 1-5 dba CHIPSJOCKEY.COM, | ) ) ) | **ORDER GRANTING LEAVE TO CONDUCT THIRD PARTY DISCOVERY** |
| Defendant(s). | ) ) ) | |

The Court, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Renewed Motion for Leave to Conduct Third Party Discovery ("Motion"), the supporting declaration of Sean Hanley, and the pleadings on file in this matter, hereby **GRANTS** Zynga's Motion.

Zynga is hereby authorized to issue a subpoena to Google Inc. for the production of all billing and account records (including all Internet domain names), server logs, website content, contact information, transaction histories and correspondence for the persons or entities that have purchased services from Google Inc. in connection with the Internet domain name CHIPSJOCKEY.COM. Zynga is further authorized to

issue follow-up subpoenas to Google Inc. for the above-identified documents relating to the Defendants, based on additional information that is identified to Zynga in production from third party discovery.

Zynga is hereby authorized to issue a subpoena to Plimus Corporation, Inc. for the production of all billing and account records, server logs, contact information, transaction histories and correspondence for the persons or entities that have purchased services from Plimus Corporation, Inc. in connection with the Internet domain name CHIPSJOCKEY.COM. Zynga is further authorized to issue follow-up subpoenas to Plimus Corporation, Inc. for the above-identified documents relating to the Defendants, based on additional information that is identified to Zynga in production from third party discovery.

Zynga is hereby authorized to issue a subpoena to Provide Support, LLC for the production of all billing and account records, server logs, contact information, transaction histories and correspondence for the persons or entities that have established accounts with Provide Support, LLC in connection with the Internet domain name CHIPSJOCKEY.COM. Zynga is further authorized to issue follow-up subpoenas to Provide Support, LLC for the above-identified documents relating to the Defendants, based on additional information that is identified to Zynga in production from third party discovery.

Zynga is further authorized to issue follow-up subpoenas to identify Defendants, if necessary, to online service

providers, payment processors, and other third parties, based on information provided by the subpoenaed parties. These subpoenas shall be for the same categories of documents as identified above.

Zynga will satisfy its obligations pursuant to Federal Rule of Civil Procedure 45(b)(1) by emailing subpoenas issued pursuant to this Order to the email address chipsjockey@gmail.com prior to serving the subpoenas.

Zynga's authority to serve subpoenas under this Order shall expire once it determines the true identity of the owners and operators of CHIPSJOCKEY.COM. Thereafter, discovery should be taken after defendants are served with summons and complaint.

**IT IS SO ORDERED.**

Dated: February 2, 2010

                                       Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\ZYNGA V. DOES\ORD GRANTING THIRD PARTY DISCOVERY.wpd

3