UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK INC., | )<br>) |
| Plaintiff(s), | ) No. C09-5297 SBA (BZ)<br>) |
| v. | )<br>) |
| JOHN DOES 1-5 dba CHIPSJOCKEY.COM, | ) **ORDER GRANTING LEAVE TO**<br>) **CONDUCT THIRD PARTY**<br>) **DISCOVERY** |
| Defendant(s). | )<br>) |

The Court, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's") Renewed Motion for Leave to Conduct Third Party Discovery ("Motion"), the supporting declaration of Sean Hanley, and the pleadings on file in this matter, hereby **GRANTS** Zynga's Motion.

Zynga is hereby authorized to issue a subpoena to Google Inc. for the production of all billing and account records (including all Internet domain names), server logs, website content, contact information, transaction histories and correspondence for the persons or entities that have purchased services from Google Inc. in connection with the Internet domain name CHIPSJOCKEY.COM. Zynga is further authorized to

1  issue follow-up subpoenas to Google Inc. for the above-
2  identified documents relating to the Defendants, based on
3  additional information that is identified to Zynga in
4  production from third party discovery.

5      Zynga is hereby authorized to issue a subpoena to Plimus
6  Corporation, Inc. for the production of all billing and
7  account records, server logs, contact information, transaction
8  histories and correspondence for the persons or entities that
9  have purchased services from Plimus Corporation, Inc. in
10 connection with the Internet domain name CHIPSJOCKEY.COM.
11 Zynga is further authorized to issue follow-up subpoenas to
12 Plimus Corporation, Inc. for the above-identified documents
13 relating to the Defendants, based on additional information
14 that is identified to Zynga in production from third party
15 discovery.

16     Zynga is hereby authorized to issue a subpoena to Provide
17 Support, LLC for the production of all billing and account
18 records, server logs, contact information, transaction
19 histories and correspondence for the persons or entities that
20 have established accounts with Provide Support, LLC in
21 connection with the Internet domain name CHIPSJOCKEY.COM.
22 Zynga is further authorized to issue follow-up subpoenas to
23 Provide Support, LLC for the above-identified documents
24 relating to the Defendants, based on additional information
25 that is identified to Zynga in production from third party
26 discovery.

27     Zynga is further authorized to issue follow-up subpoenas
28 to identify Defendants, if necessary, to online service

providers, payment processors, and other third parties, based on information provided by the subpoenaed parties. These subpoenas shall be for the same categories of documents as identified above.

Zynga will satisfy its obligations pursuant to Federal Rule of Civil Procedure 45(b)(1) by emailing subpoenas issued pursuant to this Order to the email address chipsjockey@gmail.com prior to serving the subpoenas.

Zynga's authority to serve subpoenas under this Order shall expire once it determines the true identity of the owners and operators of CHIPSJOCKEY.COM.  Thereafter, discovery should be taken after defendants are served with summons and complaint.

**IT IS SO ORDERED.**

Dated: February 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ZYNGA V. DOES\ORD GRANTING THIRD PARTY DISCOVERY.wpd