1

2 UNITED STATES DISTRICT COURT

3 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4 OAKLAND DIVISION

5

6 | ZYNGA GAME NETWORK, INC., | Case No: C 09-5297 SBA

7 | Plaintiff,

 | **ORDER**

8 | vs.

 | [Docket No. 27]

9 | DESMOND GOH and JOHN DOES 2-5,

10 | Defendants.

11

12 Presently before the Court is plaintiff Zynga Game Network, Inc.'s ("Plaintiff") Ex Parte

13 Motion to Continue Case Management Conference.  (Docket No. 27.)  A case management

14 conference is currently scheduled for July 22, 2010 at 2:30 p.m., and Plaintiff requests a

15 continuance to October 14, 2010, or another date that is convenient for the Court.  Plaintiff

16 requests the continuance because Defendant Desmond Goh ("Defendant") has not participated

17 in this litigation.

18 The Court originally scheduled a case management conference for February 18, 2010.

19 (Docket No. 2.)  On February 10, 2010, the Court granted Plaintiff's request to continue the

20 case management conference until June 9, 2010, on the grounds that Plaintiff was engaged in

21 discovery efforts to ascertain the identity of the defendants.  (Docket No. 16.)  Plaintiff filed its

22 First Amended Complaint naming Defendant Desmond Goh on April 14, 2010.  (Docket No.

23 17.)  On April 27, 2010, Plaintiff filed a motion for leave to serve defendant by e-mail.

24 (Docket No. 19.)  On May 28, 2010, the Court ordered that Plaintiff was authorized to serve

25 Defendant by e-mail and continued the case management conference until July 21, 2010.

26 (Docket No. 23.)  Plaintiff served Defendant with process by e-mail on June 10, 2010.  (Docket

27 No. 24.)  Defendant has not answered.  On July 2, 2010, Plaintiff filed a request for entry of

28 default judgment against Defendant.  (Docket No. 25.)  The Clerk of Court entered Defendant's

default on July 7, 2010.  (Docket No. 26.)  On July 14, 2010, this Court issued a Clerk's Notice continuing the case management conference to July 22, 2010 at 2:30 p.m.  Accordingly,

    IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file a Motion for Default Judgment by no later than August 9, 2010.

2. Any opposition to the motion shall be filed by no later than August 23, 2010. The failure to timely file an opposition may be construed as a consent to the granting of the motion.

3. Any reply shall be filed by no later than August 30, 2010.

4. A hearing on the motion is scheduled for **October 19, 2010 at 1:00 p.m.**

5. Plaintiff's Ex Parte Motion to Continue Case Management Conference is GRANTED.  The Case Management Conference currently scheduled for July 22, 2010 at 2:30 p.m. is CONTINUED to **October 19, 2010 at 1:00 p.m. to follow the hearing on the motion.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement.

6. The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.

This Order terminates Docket No. 27.

IT IS SO ORDERED.

Dated: July 19, 2010

                                                *Saundra B Armstrong*
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge