UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., | No. C-09-05297-SBA (DMR) |
| Plaintiff, | **NOTICE OF REFERENCE AND ORDER RE MOTION PROCEDURES** |
| v. | |
| DESMOND GOH, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Donna M. Ryu for a report and recommendation on Plaintiff's Motion for Default Judgment as to Defendant Desmond Goh ("Motion for Default") and Plaintiff's Motion for Attorneys' Fees ("Motion for Fees"). *See* Docket Nos. 33, 38. You are hereby notified that the previously-noticed hearing date of December 9, 2010 on Plaintiff's Motion for Fees is VACATED. The hearing date on both the Motion for Default and Motion for Fees is rescheduled for **January 13, 2011, at 11:00 a.m.,** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

Any opposition briefs to the Motion for Default and Motion for Fees shall be filed and served no later than **December 2, 2010**. Any reply briefs to the oppositions shall be filed and served no later than **December 9, 2010**.

1. Parties shall comply with the procedures in this order, the Federal Rules of Civil Procedure, and the Northern District of California's Local Rules, General Orders, and General Standing Orders. Local rules, general orders, general standing orders, and a summary of the general orders' electronic filing requirements (including the procedures for emailing proposed orders to chambers) are available at http://www.cand.uscourts.gov (click "Rules" link on left side). The parties' failure to comply with any of the rules or orders may be a ground for sanctions.

### LAW AND MOTION PROCEDURES

2. All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

3. The Court has found that it is often efficient and beneficial for the parties if counsel appear *in person at hearings*. For this reason, the Court expects counsel to appear in person, unless they make a prior application showing good cause as to why the Court should permit a telephonic appearance. Permission for a party to attend by telephone may be granted, in the Court's discretion, upon written request made at least two weeks in advance of the hearing, if the Court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective hearing. The facts establishing good cause must be set forth in the request.

### CHAMBERS COPIES AND PROPOSED ORDERS

4. Under Civil L.R. 5-1(b), parties must lodge an extra paper copy of any filing and mark it as a copy for "Chambers." Chambers copies shall be printed on three-hole punch paper (including all exhibits) and submitted to the Oakland Clerk's Office in an envelope clearly marked with the case number, "Magistrate Judge Donna M. Ryu," and "Chambers Copy." In a case subject to electronic filing, chambers copies must be submitted by the close of the next court day following the day the papers are filed electronically. Any proposed stipulation or proposed order in a case subject to electronic filing shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the document is e-filed. This address is to be used only for proposed orders unless otherwise directed by the Court.

United States District Court
For the Northern District of California

1  Immediately upon receipt of this order, Plaintiff shall serve a copy of this order on Defendant
2  Goh and file a proof of service with the Court.

4  IT IS SO ORDERED.

6  Dated: October 29, 2010

7  _____
   DONNA M. RYU
   United States Magistrate Judge