1

2                     UNITED STATES DISTRICT COURT

3             FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                            OAKLAND DIVISION

5

6   ZYNGA GAME NETWORK INC.,            Case No:  C 09-05297  SBA

7              Plaintiff,
                                        **JUDGMENT**
8        vs.

9   DESMOND GOH, and individual, and JOHN
    DOES 2-5,
10
               Defendants.
11

12       In accordance with the Court's Order Accepting Report and Recommendation of

13   Magistrate Judge regarding Plaintiff's Motion for Default Judgment and Plaintiff's Motion for

14   Attorneys' Fees and Costs,

15       IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff.  The Clerk

16   shall close the file and terminate any pending matters.

17       IT IS SO ORDERED.

18   Dated: March 1, 2011                _____
                                         SAUNDRA BROWN ARMSTRONG
19                                       United States District Judge

20

21

22

23

24

25

26

27

28